# United States District Court
## Northern District of New York
## Civil Judgment

Donald E. Rixford, Jr.

        Plaintiff,        6:04-CV-48 (FJS/DEP)

   -vs-

Commissioner of Social Security,

        Defendants.

[X]    Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED, that pursuant to a Stipulation by and between the attorneys for the parties in the above-entitled action, that the final decision of the Secretary is reversed and the case is remanded for further administrative action, pursuant to the sentence four of 42 USC §405(g).

     All of the above pursuant to Order of Senior United States District Court Judge, Frederick J. Scullin, Jr., dated June 19, 2008.

                                                Clerk of Court

                                                  s/

Dated: June 19, 2008              -------------------------------------------
                                         Marie N. Marra, Deputy Clerk